UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:14-CV-1839-TAB-JMS |
| | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having found in favor of Defendant Carolyn Colvin and against Plaintiff Deborah Allen, enters judgment in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by way of his complaint. Accordingly, the decision of the Commissioner is affirmed.

Date: 11/16/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.